UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY S. TAYLOR,

    Plaintiff,

Case No. 1:14-cv-75

v.

Hon. Hugh W. Brenneman, Jr.

PRECISION PROPERTY MANAGEMENT
and COUNTRY CLUB GREEN
CONDOMINIUMS,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of defendants and against plaintiff.

Dated:  April 17, 2015

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge